COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name: In re Camp La Junta 1928, LP, Blake Smith, Camp La Junta, Inc., CLJ Management Systems, L.L.C.

Appellate case number: 01-15-00551-CV

Trial court case number: 2012-31192

Trial court: 333rd District Court of Harris County

Date motion filed: 08/07/15

Party filing motion: Relators

It is ordered that the motion en banc reconsideration is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Sherry Radack_____
                       ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.


Date: August 27, 2015